UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 20 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INFORMATION

vs.

NO. 3:19MJ-665
18 U.S.C. §7
18 U.S.C. §1382

**BRADLEY PERKINS**

The United States Attorney charges:

COUNT 1

On or about May 28, 2019, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **BRADLEY PERKINS,** defendant herein, did enter the Fort Knox military reservation for a prohibited purpose by trespassing at the Belmont Gate during the Memorial Day cemetery visit.

In violation of Title 18, United States Code §§ 7 and 1382. This is a Class B misdemeanor.

for [signature]
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC/AMH/bmf