UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX

UNITED STAES OF AMERICA PLAINTIFF

vs. CRIMINAL ACTION NO.: 3:19MJ-665

BRADLEY PERKINS DEFENDANT

ORDER OF DISMISSAL

COMES NOW THE UNITED STATES, and hereby moves for the dismissal of the above captioned case:

X without prejudice for a period of 6 months,

____ with prejudice,

for the following reason:

X Compliance PAID RESTITUTION $200

X Prosecutorial Discretion: __________

Offense(s):

Category:

Initial Docket Date:

Respectfully Submitted,

RUSSELL M. COLEMAN
United States Attorney

[signature]

Special Assistant United States Attorney
Office of the Staff Judge Advocate
Fort Knox, KY 40121
(502) 624-________

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 4th day of October, 2019.

[signature]

United States Magistrate Judge